174 So.2d 334

**Ex parte James McMURTREY.**

**3 Div. 183.**

Supreme Court of Alabama.

April 15, 1965.

James McMurtrey, pro se.

Richmond M. Flowers, Atty. Gen., for the State.

LIVINGSTON, Chief Justice.

Petitioner has filed in this Court an original petition for writ of habeas corpus, said petition being filed on September 24, 1964.

It appears from the petition that Judge Richard P. Emmett did, on the 15th day of September, 1964, deny an application for writ of habeas corpus filed in the Montgomery Circuit Court. Petitioner did not seek to have this ruling reviewed by appeal.

The original petition here filed is due to be denied, and it is so ordered.

Petition denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

176 So.2d 48

**Jo Ann PLEMMONS**

**v.**

**STATE.**

**7 Div. 691.**

Supreme Court of Alabama.

May 20, 1965.

Rehearing Denied June 17, 1965.

Beck & Beck, Fort Payne, for petitioner.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Jo Ann Plemmons for certiorari to the Court of Appeals to review and revise the judgment and decisions in Plemmons v. State, 176 So.2d 45.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

174 So.2d 694

**Hollis RICHARDSON**

**v.**

**STATE.**

**6 Div. 180.**

Supreme Court of Alabama.

April 22, 1965.

Hollis Richardson, pro se.

Richmond M. Flowers, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Hollis Richardson for certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Richardson, 174 So.2d 693.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.